FILED
CLERK, U.S. DISTRICT COURT

DEC 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH NOEL MARINOS, | Case No. CV 08-06719 ODW (AN) |
| Petitioner, | |
| v. | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| M. MARTEL, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R) and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. Petitioner's Objection do not establish the findings and conclusions in the R&R are erroneous. Further, as discussed in the R&R at 6:20-7:1, Petitioner's claim is foreclosed by the Ninth Circuit's recent decision in *Butler v. Curry*, 528 F.3d 624 (9th Cir. 2008). Accordingly, Petitioner's Objections are overruled and the R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

///

3. All other motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: December 15, 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE