ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH NOEL MARINOS, | Case No. CV 08-06719 ODW (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| M. MARTEL, WARDEN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 15, 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE